DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK JONES,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D22-2941

[June 1, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. 12-27301 CACE.

Bruce Botsford of Bruce Botsford, P.A., Fort Lauderdale, for appellant.

Eric M. Levine and Adam G. Schwartz of Atlas │ Solomon, PLLC, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***